November 14, 2015

Ms. Sharri Roessler
Clerk of the Court
Tenth Court of Appeals
501 Washington Ave.
Waco, Tx. 76701

RECEIVED
NOV 19 2015
COURT OF APPEALS
WACO, TEXAS

Ms Roessler:
   Enclosed please find my pro se Defendants motion for Extension of time to file Petition for Discretionary Review. Please file this motion and bring it to the Attention of the Court.
   Please date Stamp this letter and return it to me at my address shown below.
   I also request that you notify me of the Courts ruling on my motion.

Sincerely

Vivian Monne Holman
Defendant, Pro Se
2305 Ransom Rd
Gatesville, Tx 76528
TDCJ-ID No. 1977777

RECEIVED IN
COURT OF CRIMINAL APPEALS

NOV 24 2015

Abel Acosta, Clerk

NO. 10-15-00015-CR
Court of Criminal Appeals
Austin Tx

Vivian Monroe Holman
V
The State of Texas

From Appeal NO. 10-15-00015-CR
Trial Cause NO. 2012-17-C2
McLenna County

FISST Motion For Extention of Time to File
Petition for Discretionary Review

To the Honorable Judges of the Court of Criminal Appeals come now Vivian Monroe Holman, Petitioner, and files this motion for an extention of sixty (60) days in which to file a Petition For Discretionary Review. In support of this motion Appellant shows the court the following:

## I

The Petitioner was convicted in the 54th District Court of McLennan County, Tx of the offense of Aggravated sexual assult in Cause No 2012-17-C2 styled State of Texas vs Vivian Monroe Holman, the Petitioner and the Court of Appeals 10th Court Supreme Judicial District. The case was Affrimed on October 15, 2015

## II

The present deadline for filing the Petition for Discretionary Review is November 23, 2015, the Petitioner has not request any extention prior to this request.

## III

Petitioner's request for this extention is based upon the following facts: Petitioner was not informed of the decision of the Court of Appeals in offering his case until November 2, 2015. Since that time the Petitioner has been attempting to gain legal representation in this matter. His Attorney on the Appeal Stan Schwieger, has informed Petitioner that he will not represent him on the Petition for Discretionary Review

Where forth, Petitioner prays this court grant this motion and extend the deadline for filing the petition for Discretionary Review in Case No 2012-17-C2 to January 23, 2016.

Vivian Monroe Holman
Petitioner, Pro Se.
Texas Department of
Criminal Justice
Mountain View Unit.

## Certificate of Service

I certify that a true and correct copy of the above and foregoing First Motion for Extension of the Time to File A Petition for Discretionary Review, has been forwarded by U.S. Mail, postage paid, first class to the Attorney for State, Abel Reyra at 219 N 4th St Rm 200, Waco Tx and to the State Prosecuting Attorney, P.O. Box 12405, Austin Texas 78711 on this the 14th day of November 2015

*Vivian Monroe Holman*
Petitioner, pro se

I, Vivian Monroe Holman 1977777, being presently incarcerated in the Mountain View Unit of the Texas Department of Criminal Justice in Coryell County, Texas verify and declare under penalty of prejury that the foregoing statements are ture and correct. Executed on this the 14th day of November 2015.

*Vivian Monroe Holman*
Mountain View Unit
1977777